# Court of Appeals
# of the State of Georgia

ATLANTA, November 20, 2012

*The Court of Appeals hereby passes the following order:*

## A13D0094. CHRISTOPHER C. MCCLURG v. MOLLY J. RIDDELL.

Benjamin Riddell and Molly Riddell divorced in 2007. Molly Riddell filed a petition for contempt based on Benjamin Riddell's failure to pay child support, and Benjamin Riddell filed a complaint for modification of child support. The trial court granted Molly Riddell's petition for contempt and denied Benjamin Riddell's complaint for modification of child support. The trial court subsequently denied Benjamin Riddell's motion for new trial. Molly Riddell then filed a request for attorney fees, and the trial court awarded her fees in the amount of $840 against Christopher McClurg, Benjamin Riddell's attorney. It is from this order that McClurg seeks discretionary appeal.

The sole and underlying issue involved in this application is the order on attorney fees, which is based upon the determination of which party prevailed in the child support modification action. Under the Georgia Constitution of 1983, Art VI, Sec. I, Par. III (6), the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." *Schmidt v. Schmidt*, 270 Ga. 461, 462 (2) (510 SE2d 810) (1999). In Georgia, child support is a form of alimony. *Smith v. Smith*, 254 Ga. 450, 451 (330 SE2d 706) (1985) (the purpose of alimony is to provide *support* for the needy spouse and minor children). Because the attorney fees issue is ancillary to the child support award, this court lacks appellate jurisdiction over this application. See *Haley v. Haley,* 282 Ga. 204 (647 SE2d 10) (2007); *Keeler v. Keeler*, 263 Ga. 151 (430 SE2d 5) (1993). Accordingly, this application is TRANSFERRED to the Supreme Court of Georgia.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 11/20/2012
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*